UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MITCHELL KEITH GOODRUM,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>STATE OF NEVADA, et al.,<br><br>　　　　　Defendants. | Case No. 3:20-cv-00549-ART-CLB<br><br>**ORDER GRANTING**<br>STIPULATION TO<br>DISMISS WITH PREJUDICE |

　　　IT IS HEREBY STIPULATED by and between Mitchell Keith Goodrum, in proper person, and Defendants, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Leo T. Hendges, Deputy Attorney General, based upon the Global Settlement Agreement between the parties,

///
///
///
///
///
///

that the above-captioned action should be dismissed with prejudice by order of this Court, with each party to bear his own costs.

DATED this 16 day of March, 2023.   DATED this 16 day of March, 2023

AARON D. FORD
Attorney General

*[signature]*
MITCHELL KEITH GOODRUM
Plaintiff, *Pro Se*

By: *[signature]*
LEO T. HENDGES, Bar No. 16034
Deputy Attorney General
*Attorneys for Defendants*

**IT IS SO ORDERED.**

*[signature]*
Anne R. Traum
United States District Judge

DATED: March 15, 2024